MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
       rex.garner@akerman.com

*Attorneys for plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF HARBORVIEW 2005-14 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC SUNSET VILLAGE HOMEOWNERS ASSOCIATION; 2995 E. SUNSET RD. UN. 103 TRUST; SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02174-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT [ECF NO. 31]**<br><br>**(FIRST REQUEST)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust (**Deutsche Bank**) and defendant Pacific Sunset Village Homeowners Association (the **HOA**) stipulate and agree to extend Deutsche Bank's deadline to oppose the HOA's motion for summary judgment (ECF No. 31) until June 28, 2017.

The HOA filed its motion for summary judgment on May 23, 2017. (ECF No. 31). Deutsche Bank's opposition is due June 13, 2017. The dispositive motions deadline was June 7, 2017. (ECF No. 33). Defendants 2995 E. Sunset Rd. Un. 103 Trust and Saticoy Bay LLC, Series 2995 E. Sunset Road Unit 103 filed a motion for summary judgment on the deadline. Deutsche

{41972478;1} 1

Bank's deadline to oppose their motion is due June 28, 2017. Deutsche Bank anticipates the requested extension will allow it to file one opposition addressing the HOA, 2995 E. Sunset Road Un. 103 Trust, and Saticoy Bay's arguments. This is Deutsche Bank's first request for an extension.

This the 8th day of June, 2017.                              This the 8th day of June, 2017.

**AKERMAN LLP**                                              **BOYACK ORME & TAYLOR**

*/s/ Rex D. Garner*                                          */s/ Colli C. McKiever*
MELANIE D. MORGAN, ESQ.                                      EDWARD D. BOYACK, ESQ.
Nevada Bar No. 8215                                          Nevada Bar No. 5229
REX D. GARNER, ESQ.                                          COLLI C. MCKIEVER, ESQ.
Nevada Bar No. 9401                                          Nevada Bar No. 13724
1160 Town Center Drive, Suite 330                            401 N. Buffalo Road, Suite 202
Las Vegas, Nevada 89144                                      Las Vegas, Nevada 89145

*Attorneys for plaintiff Deutsche Bank National              Attorneys for defendant Pacific Sunset Village
Trust Company, as Trustee for the Holders of                 Homeowners Association*
Harborview 2005-14 Trust*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES JUDGE

DATED: July 5, 2017
(nunc pro tunc)