MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
       rex.garner@akerman.com

*Attorneys for plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF HARBORVIEW 2005-14 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC SUNSET VILLAGE HOMEOWNERS ASSOCIATION; 2995 E. SUNSET RD. UN. 103 TRUST; SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02174-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 37, 38, 39 and 40]**<br><br>**(FIRST REQUEST)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust (**Deutsche Bank**) and defendants 2995 E. Sunset Rd. Un. 103 Trust, Saticoy Bay LLC, Series 2995 E. Sunset Road Unit 103, and Pacific Sunset Village Homeowners Association (the **HOA**) stipulate and agree to extend all parties' deadlines to reply in support of their summary judgment motions until July 24, 2017.

…

…

1

1    The HOA filed its motion for summary judgment on May 24, 2017. (ECF No. 31.)
2 Deutsche Bank, 2995 E. Sunset Road Un. 103 Trust and Saticoy Bay filed their motions for
3 summary judgment on June 7, 2017. (ECF Nos. 34 and 35.)

4    The HOA opposed Deutsche Bank's motion on June 27, 2017. (ECF No. 37.) 2995 E.
5 Sunset Road Un. 103 Trust and Saticoy Bay filed opposed Deutsche Bank's motion, and Deutsche
6 Bank opposed the HOA, 2995 E. Sunset Rd. Un. 103 Trust and Saticoy Bay's motions, on June 28,
7 2017. (ECF Nos. 38-40.)

8    Deutsche Bank's deadline to reply to the HOA's opposition is July 11, 2017. Deutsche
9 Bank's deadline to reply to 2995 E. Sunset Rd. Un. 103 Trust and Saticoy Bay's opposition is July
10 12, 2017. The HOA, 2995 E. Sunset Rd. Un. 103 Trust and Saticoy Bay's deadline to reply to
11 Deutsche Bank's oppositions is July 12, 2017.

12 …
13 …
14 …
15 …
16 …
17 …
18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28

2

Deutsche Bank anticipates filing one reply addressing all defendants' oppositions but requires additional time to prepare its briefing. This is Deutsche Bank's first request to extend its reply deadline. The parties have agreed all parties reply deadlines should be extended to July 24, 2017.

| | |
|---|---|
| This the 11th day of July, 2017. | This the 11th day of July, 2017. |
| **AKERMAN LLP** | **BOYACK ORME & TAYLOR** |
| */s/ Rex D. Garner, Esq.* | */s/ Colli C. McKiever, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>401 N. Buffalo Road, Suite 202<br>Las Vegas, Nevada 89145 |
| *Attorneys for plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust* | *Attorneys for defendant Pacific Sunset Village Homeowners Association* |

This the 11th day of July, 2017.

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD**

*/s/ Michael F. Bohn, Esq.*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
376 Warm Springs Road, Suite 140
Las Vegas, Nevada 89119

*Attorneys for defendants 2995 E. Sunset Rd. Un. 103 Trust and Saticoy Bay LLC Series 2995 E. Sunset Road Unit 103*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 12, 2017

3