GEISENDORF & VILKIN, PLLC
Richard J. Vilkin, Esq. (8301)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: richard@gvattorneys.com
Attorney for 2995 E. SUNSET RD. UN. 103 TRUST and
SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF HARBORVIEW 2005-14 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SUNSET VILLAGE HOMEOWNERS ASSOCIATION; 2995 E. SUNSET RD. UN. 103 TRUST; SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02174-KJD-NJK<br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for 2995 E. SUNSET RD. UN. 103 TRUST and SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103 does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for 2995 E. SUNSET RD. UN. 103 TRUST and SATICOY BAY LLC, SERIES 2995

E. SUNSET ROAD UNIT 103 in the above-entitled matter in his place and stead.

Dated this 13 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq. (1641)

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for 2995 E. SUNSET RD. UN. 103 TRUST and SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103 in the above-entitled matter.

Dated this 13 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Richard J. Vilkin, Esq. (8301)

2995 E. SUNSET RD. UN. 103 TRUST and SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 13 day of July, 2017.

2995 E. SUNSET RD. UN. 103 TRUST and SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103

By: Iyad "Eddie" Haddad

IT IS SO ORDERED.
Dated: July 28, 2017

_____
United States Magistrate Judge