# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Plaintiff(s),

v.

PACIFIC SUNSET VILLAGE HOMEOWNERS ASSOCIATION, et al.,

Defendant(s).

Case No.: 2:16-cv-02174-KJD-NJK

**Order**

[Docket No. 60]

Pending before the Court is a proposed amended discovery plan. Docket No. 60. On December 9, 2016, the Court entered a scheduling order with a discovery cutoff of April 24, 2017. Docket No. 25. That deadline expired without extension, and the parties proceeded with filing motions for summary judgment. *See* Docket Nos. 31, 34, 35. On March 29, 2018, or 11 months after the close of discovery, those motions were denied without prejudice and this matter was stayed. Docket No. 54.

Without any explanation, the instant discovery plan seeks 90 days to conduct discovery and to disclose experts. *See* Docket No. 60. A request to reopen the discovery cutoff or any other expired deadline in the scheduling order must be supported by both a showing of good cause and excusable neglect. *See* Local Rule 26-4. A request to reopen discovery must also identify the discovery completed, the discovery remaining, and an explanation why that discovery was not completed by the previous deadline. *See id.* In this case, no showing of good cause or excusable neglect has been made. The parties had a full discovery period to complete discovery and they

1

have provided no reason of any kind why the discovery period should be reopened, nor do they comply with the other requirements of identifying the discovery completed and the discovery remaining.

Accordingly, the proposed amended discovery plan is **DENIED**.

IT IS SO ORDERED.

Dated: June 12, 2019

Nancy J. Koppe
United States Magistrate Judge