MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF HARBORVIEW 2005-14 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC SUNSET VILLAGE HOMEOWNERS ASSOCIATION; 2995 E. SUNSET RD. UN. 103 TRUST; SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02174-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 62 and 63]** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust (**Deutsche Bank**) and defendant 2995 E. Sunset Rd. Un. 103 Trust and Saticoy Bay LLC Series 2995 E. Sunset Road Unit 103 (**Saticoy**) respectfully submit the following stipulation to allow all parties twenty one additional days to oppose the pending summary judgment motions, ECF Nos. 62 and 63.

Deutsch Bank and Saticoy Bay filed their respective renewed summary judgment motions on July 8, 2019. (ECF Nos. 62 and 63.) Oppositions are due July 29, 2019. The parties shall have until **August 19, 2019** to file their oppositions.

1

49571963;1

The parties make this stipulation to allow all parties additional time to prepare their opposition briefing. This is the parties' first request to extend the opposition briefing deadlines. This stipulation is not made to cause delay or prejudice to any party.

DATED July 29, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.** |
|---|---|
| */s/ Jared M. Sechrist* | */s/ Michael F. Bohn* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074 |
| *Attorneys for Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust* | *Attorney for 2995 E. Sunset Rd. Un. 103 Trust and Saticoy Bay LLC Series 2995 E. Sunset Road Unit 103* |

**IT IS SO ORDERED.**

Dated: August 5, 2019

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-02174-KJD-NJK

2

49571963;1