BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust*

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF HARBORVIEW 2005-14 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC SUNSET VILLAGE HOMEOWNERS ASSOCIATION, 2995 E. SUNSET RD. UN 103 TRUST; SATICOY BAY LLC, SERIES 2995 E. SUNSET ROAD UNIT 103; and NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-02174-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR SUPPLEMENTAL BRIEFING** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust (**Deutsche Bank**) and Saticoy Bay LLC, Series 2995 E. Sunset Road Unit 103 (**Saticoy Bay**), by their attorneys, hereby submit this Stipulation to extend the deadline for filing the supplemental briefing outlined in the Court's Order dated April 9, 2024 (ECF Doc. #103).

Currently, briefing addressing the question posed by the Ninth Circuit and its effect on Plaintiff's Motion for Summary Judgement is due to be filed on May 9, 2024. Plaintiff needs additional time to obtain the signature of a key declarant who is currently out of the country and unable to respond. Plaintiff believes

PAGE 1

the declaration to be crucial to the supplemental briefing and the Court's evaluation of the matter.

The parties' have stipulated that the deadline for filing of the supplemental briefing shall be extended one week, until and including May 16, 2024.

DATED this 8th day of May, 2024

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Brody R. Wight*
Brody R. Wight
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com
*Attorney for Plaintiff Deutsche Bank National Trust Company, as Trustee for the Holders of Harborview 2005-14 Trust*

DATED this 8th day of May, 2024

**BOHN LAW FIRM**

*/s/ Michael Bohn*
Michael Bohn, Esq.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
Tele: (702) 642-3113
mbohn@bohnlawfirm.com
*Attorney for Defendant Saticoy Bay LLC, Series 2995 E. Sunset Road Unit 103*

**AGREED TO BY THE COURT, this  9  day of May, 2024**

_____
**Kent J. Dawson
United States District Judge**