AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Deutsche Bank National Trust Company

                Plaintiff,

v.

Pacific Sunset Village Homeowners Association, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02174-KJD-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Plaintiff/Counterdefendant Deutsche Bank National Trust Company, Trustee for the Holders of Haborview 2005-14 Trust, and against Defendants and Counterclaimant.

03/31/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ AMMi  
Deputy Clerk